4

United States District Court
Southern District of Texas
ENTERED

JAN 08 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OMAR LEAL, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. NO. B 98-124 |
| | § | |
| WAL-MART STORES, INC., | § | |
| Defendant. | § | |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO REMAND**

On the 7 day of Jan., 1999, the Court considered Plaintiff's unopposed motion to remand cause to county court at law. After considering the motion, the Court;

FINDS there is lack of jurisdiction in this Court. Therefore, the Court ORDERS the cause remanded to the Cameron County Court at Law Number 2.

SIGNED Jan 7, 1999.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
LOUIS S. SOROLA

C:\pi\leal_o.rem                4